**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

TOTTIAN DWIGHT WINSTON,        :        Civil No. 3:25-cv-965
                               :
          Petitioner          :        (Judge Mariani)
                               :
    v.                         :
                               :
WARDEN OF DAUPHIN COUNTY       :
PRISON, *et al.*,              :
                               :
          Respondents         :

**ORDER**

**AND NOW**, this _2nd_ day of June, 2025, upon preliminary review of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), *see* R. GOVERNING § 2254 CASES R. 4, 1(b), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1.    The petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

    2.    The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge